## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. ___25-mj-8058-RMM_____

UNITED STATES OF AMERICA

v.

DOMINGO POS-WICH,

      Defendant.

_____/

FILED BY_____SP_____D.C.

**Feb 4, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? ☐ Yes ☑ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? ☐ Yes ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: _____

KATIE SADLO
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    1026417
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    (561) 209-1043
Fax:    (561) 805-9846
Email:  Katie.Sadlo@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 25-mj-8058-RMM |
| DOMINGO POS-WICH, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

FILED BY _____ **SP** _____ D.C.

**Feb 4, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 1, 2025 _____ in the county of _____ Palm Beach _____ in the
_____ Southern _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry After Deportation or Removal. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Deportation Officer Andy Korzen, ICE
_Printed name and title_

Sworn to and attested to me by applicant by
telephone (Facetime) per the requirements of
Fed. R. Crim. P.4 (d) and 4.1.

Date: 2/4/25

_____
_Judge's signature_

City and state: _____ West Palm Beach, FL _____     Ryon M. McCabe, U.S. Magistrate Judge
_Printed name and title_

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Domingo POS-WICH, also known as Domingo POZ-HUIX committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.      On or about February 1, 2025, Domingo POS-WICH was arrested in Palm Beach County, Florida on charges of driving under the influence and driving without a valid driver's license. He was booked and detained at the Palm Beach County Jail.

4.      A review of the immigration records shows that Domingo POS-WICH is a native and citizen of Guatemala. Records further show that on or about July 30, 2018, Domingo POS-WICH was ordered removed. The Order of Removal was executed on or

1

about August 21, 2018, whereby Domingo POS-WICH was removed from the United States and returned to Guatemala.

5.      Thereafter, Domingo POS-WICH re-entered the United States illegally and on or about November 24, 2022, was expelled from the United States and returned to Mexico under provision of Title 42, United States Code, Section 265.

6.      Records further show that on or about August 1, 2018, in the United States District Court for the Southern District of Texas, Domingo POS-WICH was convicted of the offense of knowingly and unlawfully entering the United States at a place other than designated by the immigration officers. Case number 18-mj-02854.

7.      Domingo POS-WICH's fingerprints taken in connection with his February 1, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Domingo POS-WICH.

8.      A record check was performed in the Computer Linked Application Informational Management System to determine if Domingo POS-WICH filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Domingo POS-WICH obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9.      Based on the foregoing, I submit that probable cause exists to believe that, on or about February 1, 2025, Domingo POS-WICH, an alien who has previously been deported and removed from the United States, was found in the United States without

having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement


Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _4__ day of February 2025.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name**:   <u>DOMINGO POS-WICH</u>

**Case No**:   <u>25-mj-8058-RMM</u>

Count #: 1

<u>Illegal Re-entry After Deportation or Removal</u>

<u>8 U.S.C. § 1326(a)</u>
* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:**  $250,000
* **Special Assessment**: $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**